JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Francisco Duarte,<br><br>        Plaintiff,<br><br>    v.<br><br>Edward Verdugo; and Does 1-10,<br><br>        Defendants. | Case: 2:14-CV-03663 AB(JPRX)<br><br>~~NOTICE OF DISMISSAL &~~<br>**ORDER** ~~THEREON~~ |

## ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed with prejudice.

Dated: 8/29/14      _____
                    HONORABLE ANDRE BIROTTE, JR
                    UNITED STATES DISTRICT COURT JUDGE

---

Notice for Dismissal        Case: 2:14-CV-03663 AB(JPRX)